of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Mr. Homer L. Loomis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 1082. WEATHERS *v.* UNITED STATES. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Philip Donald DeHoff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. John Ford Baecher* for the United States.

No. 1104. MILBURN *v.* MARTHA HEALD; and
No. 1105. MILBURN *v.* ORLAND HEALD. May 11, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Barnabas F. Sears* for petitioner. *Mr. Joseph D. Ryan* for respondents.

No. 1109. MONTGOMERY *v.* UNITED STATES. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jacob Weinstein* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Henry J. Fox* for the United States.

No. 1110. HUFFMAN *v.* HOME OWNERS' LOAN CORPORATION. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Price Wickersham, William S. Hogsett,* and *Hale*

*Houts* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel* and *Oscar H. Davis* for respondent.

No. 1114. GULF REFINING CO. *v.* MARK C. WALKER & SON CO. ET AL.; and

No. 1115. GULF REFINING CO. *v.* CHARLES WEAVER & CO., INC. May 11, 1942. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. W. Canada* for petitioner. *Mr. Wm. M. Hall* for Mark C. Walker & Son Co. et al., respondents in No. 1114, and for respondent in No. 1115; and *Mr. J. A. Osoinach* for Shelby County, respondent in No. 1114.

No. 1131. RYAN *v.* CROSS ET AL. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Herman L. Ekern, Herbert H. Naujoks,* and *David S. Lansden* for petitioner.

No. 1135. ANDREWS ET AL. *v.* EQUITABLE LIFE ASSURANCE SOCIETY ET AL. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. David H. Caplow* and *Sol Andrews* for petitioners. *Messrs. Frederic Burnham, Miles G. Seeley, Edward R. Johnston, Walter H. Eckert, Owen Rall,* and *Arthur M. Cox* for respondents.

No. 1136. ADDRESSOGRAPH-MULTIGRAPH CORP. *v.* AMERICAN EXPANSION BOLT & MANUFACTURING CO. May 11,